■ THOMAS W. DECKMAN, Appellant, v STATE OF NEW YORK, Respondent. (Claim No. 107175.) [942 NYS2d 849]—Appeal from a judgment of the Court of Claims (Michael E. Hudson, J.), entered October 4, 2010 in a personal injury action. The interlocutory judgment apportioned liability after trial.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs for reasons stated in the decision at the Court of Claims. Present—Scudder, P.J., Centra, Lindley, Sconiers and Martoche, JJ.